1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 S.W. Birch St., Suite 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  DisabilityRights@manninglawoffice.com

5
   Attorneys for Plaintiff
6  GEORGE AVALOS

7
                    UNITED STATES DISTRICT COURT
8                   EASTERN DISTRICT OF CALIFORNIA
9

10 |                                | Case No.: 1:20-cv-01785-AWI-EPG |
11 | GEORGE AVALOS, an individual,  | Hon. Anthony W. Ishii |
12 |                                | |
13 | Plaintiff,                     | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
14 |                                | |
15 | v.                             | Complaint Filed: December 18, 2020 |
16 | LAMOURE'S INCORPORATED, a     | Trial Date: None Set |
17 | California corporation;        | |
18 | and DOES 1-10, inclusive,      | |
19 |                                | |
20 | Defendants.                    | |

NOTICE OF SETTLEMENT

The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: January 28, 2021                    **MANNING LAW, APC**

                              By:   */s/ Joseph R. Manning, Jr.  Esq.*
                                    Joseph R. Manning, Jr., Esq.
                                    Attorneys for Plaintiff
                                    George Avalos

NOTICE OF SETTLEMENT